DANIEL G. BOGDEN
United States Attorney
District of Nevada
ROGER YANG
ROBERT A. KNIEF
Assistant United States Attorneys
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
702-388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD LEE COOK,<br><br>Defendant(s). | CRIMINAL INDICTMENT<br><br>2:15-cr- 100<br><br>**VIOLATIONS:**<br>18 U.S.C. §922(g)(1) – Felon in Possession of a Firearm;<br>18 U.S.C. §2253 - Criminal Forfeiture |

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE
Felon in Possession of a Firearm

On or about March 29, 2015, in the State and Federal District of Nevada,

**RICHARD LEE COOK**

defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: in Nevada; Possession of Stolen Property in or about 2000, Attempted Grand Larceny in or about 2007, and Attempted Possession of a Controlled Substance in or about 2008, did knowingly possess a High Point 9mm rifle bearing serial number A06962, and a Clerke 1st 22 revolver bearing serial number 089251; said possession being in and affecting commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION

1. The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18 United States Code, Section 924(d)(1) and Title 28 United States Code Section 2461(c).

2. Upon conviction of any of the felony offenses charged in Counts One and Two of this Indictment,

RICHARD LEE COOK,

defendant herein, shall forfeit to the United States of America, any firearm or ammunition involved in or used in any knowing violation of Title 18, United States Code, Sections 922(g)(1):

1. a High Point 9mm rifle SN A06962, and

2. a Clerke 1st 22 revolver, SN 089251;

3. and any and all rounds of ammunition.

All pursuant to Title 18 United States Code, Section 922(g)(1); Title 18 United States Code, Section 924(d)(1) and Title 28 United States Code, Section 2461(c).

DATED: this 7th day of April, 2015

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

*Roger Yang*
ROGER YANG
ROBERT A. KNIEF
Assistant United States Attorney

2