UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE PARTIAL REPORTS OF THE SPECIAL GRAND JURY THE **May 22, 2013** TERM. **13-02** | **MINUTES OF COURT** DATE: April 7, 2015 @ 1:04 PM – 1:06 PM |

PRESENT: The Honorable    Cam Ferenbach , U.S. Magistrate Judge.

DEPUTY CLERK:    Araceli Bareng      REPORTER:   Bonnie Terry

UNITED STATES ATTORNEY:   Gregory Damm      COURTROOM:   3D

A roll call of the Grand Jury is taken with **23** members present for deliberations which constituted a quorum. The foreperson of the Grand Jury presented its partial report and indictments.

On the motion of the United States Attorney, **IT IS ORDERED** that the said report and indictments be filed. There are **2** SEALED indictment(s).

On the motion of the United States Attorney, **IT IS ORDERED** that the terms of release as to each defendant are fixed as indicated and that Bench Warrants issue where indicated.

| | | |
|---|---|---|
| **2:15-cr-098** | **SEALED (1 Defendant)** | **WARRANT** |
| **2:15-cr-099** | **SEALED (4 Defendants)** | **WARRANT** |
| **2:15-cr-100** | **RICHARD LEE COOK** **WRIT – LOCAL - CCDC** | **WARRANT** |

**IT IS ORDERED** that the Initial Appearance/Arraignment & Plea as to: **2:15-CR-100** will be held on **Thursday, April 16, 2015 @ 3:00 pm** before **MAGISTRATE JUDGE NANCY J. KOPPE in Courtroom 3C**.

**IT IS ORDERED** that the Arraignment and Plea as to the above cases will be held at the time of the Initial Appearance.

LANCE S. WILSON, Clerk
United States District Court

/S/ Araceli Bareng

Deputy Clerk