DANIEL G. BOGDEN
United States Attorney
District of Nevada
ROGER YANG
PHILLIP N. SMITH, JR.
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
702-388-6336

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-cr-100 |
| Plaintiff, | PETITION FOR WRIT OF HABEUS CORPUS AD PROSEDUENDUM FOR RICHARD LEE COOK |
| vs. | (ID#) 01502772 |
| RICHARD LEE COOK, | |
| Defendant. | |

The petition of the United States Attorney for the District of Nevada respectfully shows that **RICHARD LEE COOK**, is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that it is necessary that the said **RICHARD LEE COOK** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said **RICHARD LEE COOK** may be present before the United States District Court for the District of Nevada, at City, State, on _ I/A & A/P Thurs 4/16/15 3:00 PM NJK 3C___, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused by the said Court.

1   That the presence of the said **RICHARD LEE COOK** before the United States District
2   Court on or about _I/A & A/P Thurs 4/16/15 3:00 PM NJK 3C_, at the hour of 3:00 p.m., for arraignment and
3   from time to time and day to day thereafter until excused by the Court has been ordered by the
4   United States Magistrate or District Judge for the District of Nevada.

5   WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad
6   Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center,
7   Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding
8   them to produce the said **RICHARD LEE COOK** before the United States District Court on or
9   about _I/A & A/P Thurs 4/16/15 3:00 PM NJK 3C_, at the hour of 3:00 p.m., for arraignment and from time to
10  time and day to day thereafter, at such times and places as may be ordered and directed by the
11  Court entitled above, to appear before the Court, and when excused by the said Court, to be
12  returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

13  DATED this 7th day of April, 2015.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

_/s/ Roger Yang_
ROGER YANG
PHILLIP N. SMITH, JR.
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD LEE COOK,<br><br>Defendant. | Case No.: 2:15-cr-*100*<br><br>ORDER FOR ISSUANCE OF WRIT OF HABEUS CORPUS AD PROSEDUENDUM FOR RICHARD LEE COOK<br>(ID#) 01502772 |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **RICHARD LEE COOK** before the United States District Court at Las Vegas, Nevada, on or about *I/A & A/P Thurs 4/16/15 3:00 PM NJK 3C*, at the hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: April 7, 2015

_____
UNITED STATES MAGISTRATE JUDGE