# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:15-cr- *100* |
| ) | |
| Plaintiff, ) | WRIT OF HABEUS CORPUS |
| ) | AD PROSEDUENDUM FOR |
| vs. ) | RICHARD LEE COOK |
| ) | (ID#) 01502772 |
| ) | |
| RICHARD LEE COOK, ) | |
| ) | |
| Defendant. ) | |

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: WARDEN,
    CLARK COUNTY DETENTION CENTER
    LAS VEGAS, NEVADA
    UNITED STATES MARSHAL FOR THE DISTRICT OF
    NEVADA AND ANY OTHER UNITED STATES MARSHAL

G R E E T I N G S:

WE COMMAND that you have the body of **RICHARD LEE COOK**, detained in the custody of the Warden, Clark County Detention Center before the United States District Court at the Lloyd D. George United States Courthouse in Las Vegas, Nevada, on or about I/A & A/P Thurs 4/16/15 3:00 PM NJK 3C ___, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, until the said **RICHARD LEE COOK** is released and discharged by the said Court; and that you shall thereafter return the said **RICHARD LEE COOK** to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, under safe and secure conduct, and have you then and there this writ.

DATED: April 7, 2015

_____
UNITED STATES MAGISTRATE JUDGE

ATTEST:

LANCE S. WILSON
CLERK

*Lance S. Wilson*
(By) DEPUTY CLERK

4/7/15
DATE