AO 442 (Rev. 01/09) Arrest Warrant

FILED ✓
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

APR 13 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

for the

District of Nevada

| United States of America | ) | |
| v. | ) | Case No. 2:15-cr- 100 |
| | ) | |
| RICHARD LEE COOK | ) | |
| *Defendant* | ) | |

RECEIVED
2015 APR 7 PM 2 2
UNITED STATES MARSHAL
DISTRICT OF NEVADA

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   RICHARD LEE COOK                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18/922(g)(1) - Felon in Possession of a Firearm

LANCE S. WILSON
CLERK
*Lance S. Wilson*
(By) DEPUTY CLERK

4/7/15   Las Vegas, Nevada
DATE

| Return | | |
| --- | --- | --- |

This warrant was received on *(date)* 04/07/15 , and the person was arrested on *(date)* 04/10/15
at *(city and state)* LAS VEGAS, NV .

Date: 04/10/15                                    USMS
                                                 *Arresting officer's signature*

                                                 *Printed name and title*