RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRENDA R. WEKSLER
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for Richard Lee Cook

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD LEE COOK,<br><br>Defendant. | 2:15-cr-100-JAD-GWF-1<br><br>**MOTION TO RE-OPEN BAIL**<br><br>(Expedited Treatment Requested) |

On April 7, 2015, Richard Cook (Cook), was indicted with being a Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1). On April 10, 2015, Cook made an initial appearance and ordered Cook detained. The detention order states this Court found by a preponderance of the evidence that Cook is a flight risk based on: (1) the weight of the evidence against Cook; (2) Cook's prior Felony and Misdemeanor convictions; and (3) Cooks' use of aliases and outstanding warrants.

This Court considered specifically mentioned at the close of the hearing that the Court would consider the release of Mr. Cook if there was a placements available at the half way house. In addition, this Court made mention of the possibility of having a third party custodian.

Undersigned has spoken to a friend of Mr. Cook's Penny Lee Hodgins, who is willing to serve a s a third party custodian. She has resided in Las Vegas since 1994 and currently resides at 4683 Kristy Louise Way #A, Las Vegas, NV 89121.

1  Undersigned has spoken to Pre-trial Services Officer Sandra Bustos, who advises that at this
2  time there are no placements at the half-way house.  Pre-trial Services indicated they have a waiting
3  list right now with four individuals on it.  Undersigned asks that a hearing be held to determine
4  whether this Court will entertain releasing Cook to a third party custodian or to the half-way house
5  and place him on the waiting list should the Court authorize the latter.
6  DATED this 12th day of May, 2015.

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

*/s/ Brenda R. Weksler*
By: _____
BRENDA R. WEKSLER,
Assistant Federal Public Defender

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that I am an employee of the Federal Public Defender for the District of Nevada and am a person of such age and discretion as to be competent to serve papers.

That on May 12, 2015, I served an electronic copy of the above and foregoing **MOTION TO RE-OPEN BAIL** (Expedited Treatment Requested) by electronic service (ECF) to the persons named below:

> DANIEL G. BOGDEN
> United States Attorney
> ROBERT KNIEF
> Assistant United States Attorney
> 333 Las Vegas Blvd. So., 5th Floor
> Las Vegas, Nevada 89101

> */s/ Maribel Bran*
> _____
> Employee of the Federal Public Defender