# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>RICHARD LEE COOK,<br><br>　　　　　　Defendant. | 2:15-cr-00100-JAD-GWF<br>**ORDER** |

Before the court is Defendant's Motion to Re-Open Detention Hearing (#27).

IT IS HEREBY ORDERED that a hearing on Defendant's Motion to Re-Open Detention Hearing (#27) is scheduled for 2:00 p.m., July 28, 2015, in courtroom 3D.

The U.S. Marshal is directed to transport defendant to and from the hearing.

DATED this 21st day of July, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE